

**SANDERS LAW, PLLC**
Craig B. Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.: 103528

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 13 3628

| | |
|---|---|
| BWP Media USA Inc., | Docket No: |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| vs. | COMPLAINT FOR: |
| Salon Media Group, Inc, | 1) COPYRIGHT INFRINGEMENT |
| Defendant(s). | |

BWP Media USA Inc. d/b/a Pacific Coast News, by and through its undersigned counsel, states and alleges as follows:

### INTRODUCTION

1. Plaintiff BWP Media USA Inc. d/b/a Pacific Coast News ("BWP") provides entertainment-related photojournalism goods and services. In particular, BWP owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

2. BWP's portfolio of celebrity photographs is the bread and butter of its business.

3. BWP has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

4. Defendant Salon Media Group, Inc owns and operates a website known as www.salon.com.

5. Without permission or authorization from BWP, Salon Media Group, Inc copied,

1

modified, and displayed BWP's photograph(s) on Salon Media Group, Inc's website www.salon.com.

6. Salon Media Group, Inc engaged in this misconduct knowingly and in violation of the United States copyright laws.

7. BWP has been substantially harmed as a result of Salon Media Group, Inc's misconduct.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. §1338(a) and 28 U.S.C. §1331. The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. §1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

9. This Court has personal jurisdiction over Salon Media Group, Inc because Salon Media Group, Inc maintains its principal place of business in San Francisco County, California and purposely directs substantial activities at the residents of California by means of the website described herein.

10. Venue is proper under 28 U.S.C. §1391(a)(2) because Salon Media Group, Inc does business in this Judicial District or because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

## PARTIES

11. BWP is a California Corporation and maintains its principal place of business in Los Angeles County, California.

12. On information and belief, Salon Media Group, Inc, a Incorporation with a principal place of business in San Francisco County, California is liable and responsible to Plaintiff based on the facts herein alleged.

## FACTUAL ALLEGATIONS
### BWP's Business

2

13. BWP provides entertainment-related photojournalism goods and services. In particular, BWP owns the rights to a multitude of photographs which it licenses to online and print publications.

14. BWP has invested significant time and money in building its photograph portfolio.

### BWP's Copyrights

15. BWP has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

16. BWP's photographs are original, creative works in which BWP owns protectable copyright interests.

17. BWP owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover BWP's photographs.

18. BWP also has filed several copyright applications with the USCO, which are presently pending.

19. BWP applied for and received [a] copyright registration(s) for a collection(s) of photographs, which included the photograph(s) annexed hereto as Exhibit(s) "1" (the "Photograph(s)").

### Salon Media Group, Inc's Website

20. On information and belief, Salon Media Group, Inc is the registered owner of the website located at www.salon.com (the "Website"). On information and belief, Salon Media Group, Inc operates the Website and is responsible for all Website content.

21. The Website provides, *inter alia*, articles, photographs and other information regarding celebrities.

22. The Website is monetized in that it contains paid advertisements. On information and belief, Salon Media Group, Inc profits from these activities.

### Salon Media Group, Inc's Misconduct

23. Without permission or authorization from BWP, Salon Media Group, Inc copied, modified, and/or displayed the Photograph(s) on the Website, in violation of BWP's copyrights. See Exhibit "1" annexed hereto.

24. On information and belief, the Photograph(s) were copied from the website(s) of BWP's Clients and reposted on the Website without license or permission, thereby infringing on the Copyrights

(the "Infringement(s)").

25. On information and belief, Salon Media Group, Inc was aware of facts or circumstances from which the Infringement(s) was/were apparent. Based on this totality of circumstances, Salon Media Group, Inc cannot claim that it is not aware of the widespread infringing activities, including the Infringement(s), on the Website. Such a claim would amount to willful blindness to the Infringement(s) on the part of Salon Media Group, Inc.

26. On information and belief, Salon Media Group, Inc engaged in the Infringement(s) knowingly and in violation of United States copyright laws.

27. On information and belief, Salon Media Group, Inc has received a financial benefit directly attributable to the Infringement(s). Specifically, by way of the Infringement(s), Salon Media Group, Inc increased traffic to the Website and, in turn, realized an increase in, its advertising revenues and/or merchandise sales.

28. As a result of Salon Media Group, Inc's misconduct, BWP has been substantially harmed.

## FIRST COUNT
### (Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

29. BWP repeats and incorporates by reference the allegations contained in the preceding paragraphs, as though set forth in full herein.

30. The Photograph(s) are original, creative works in which BWP owns protectable copyright interests.

31. BWP has not licensed Salon Media Group, Inc to use the Photograph(s) in any manner, nor has BWP assigned any of its exclusive rights in the Copyrights to Salon Media Group, Inc.

32. Without permission or authorization from BWP and in willful violation of BWP's rights under 17 U.S.C. §106, Salon Media Group, Inc reproduced the Photograph(s).

33. On information and belief, without permission or authorization from BWP and in willful violation of BWP's rights under 17 U.S.C. § 106, Salon Media Group, Inc displayed the Photograph(s) on the Website.

34. Salon Media Group, Inc's reproduction of the Photograph(s) and display of the

Photograph(s) on the Website constitutes copyright infringement.

35. On information and belief, thousands of people have viewed the unlawful copies of the Photograph(s) on the Website.

36. On information and belief, Salon Media Group, Inc had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of BWP's copyrighted material.

37. Salon Media Group, Inc's copyright infringement has damaged BWP in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE,** BWP respectfully requests judgment as follows:

1. That the Court enter a judgment finding that Salon Media Group, Inc has infringed on BWP's Copyrights in the Photograph(s) in violation of 17 U.S.C. § 501 et seq.;

2. That the Court award damages and monetary relief as follows:

    a. Statutory damages against Salon Media Group, Inc pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or in the alternative BWP's actual damages and Salon Media Group, Inc's wrongful profits in an amount to be proven at trial;

    b. BWP's attorneys' fees pursuant to 17 U.S.C. § 505;

    c. BWP's costs; and

3. Such other relief that the Court determines is just and proper.

DATED: July 31, 2013

SANDERS LAW, PLLC

_____
Craig B. Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.:103528

## REQUEST FOR JURY TRIAL

Plaintiff hereby demands a trial of this action by jury.

DATED: July 31, 2013

SANDERS LAW, PLLC

_____
Craig B. Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.:103528

# EXHIBIT - 1

| | |
|---|---|
|  |  |
| Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3182218<br>Date Taken: 11/12/2012<br>Photo Description: An extremely skinny looking Matthew McConaughey really gets into his role as he begins to film his upcoming movie 'The Dallas Buyers Club.'<br>Photo Location: Louisiana<br>Copyright Application Date: 12/17/2012<br>Application Number: 1-865773602<br>Copyright Registration Date: 12/17/2012<br>Registration Number: VA0001848282 | Domain: www.salon.com<br>URL: http://open.salon.com/blog/kikstad/2012/11/14/when_actors_physically_transform_for_a_role_1<br>Observed Date: 07/08/2013 |



| Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3440416<br>Date Taken: 04/08/2013<br>Photo Description: 'Teen Mom' star Farrah Abraham shows off her beach body while doing a photoshoot for the Poolside Collection bikini line.<br>Photo Location: California<br>Copyright Application Date: 05/15/2013<br>Application Number: 1-935882892<br>Copyright Registration Date: 05/15/2013<br>Registration Number: VA0001859843 | Domain: www.salon.com<br>URL: http://www.salon.com/2013/04/12/flaunt_it_while_you_got_it/<br>Observed Date: 07/08/2013 |