# SANDERS LAW, PLLC
ATTORNEYS AT LAW

Robert J. Baker
David Barshay
Marc D. Grossman[†]
Craig B. Sanders[◊]
Douglas H. Sanders[°]
——————
Jonathan J. Arzt
Mark R. Bernstein
Martin Block
Edward A. Cespedes
Jennifer M. Gerdes
Michael C. Hayes
Melissa C. Ingrassia
Randi A. Kassan

100 GARDEN CITY PLAZA
SUITE 500
GARDEN CITY, NEW YORK 11530
TEL:   (516) 203-7600
FAX:   (516) 281-7601
WWW.SANDERSLAWPLLC.COM

Val Kleyman
Joaquin J. Lopez
Barbara Manes
Glenn Miller[Δ]
Todd D. Muhlstock
Steven J. Neuwirth
Edward J. Nitkewicz
Karishma Patel[°]
Poly Papadopoulos
Melissa A. Pirillo[‡]
Malgorzata Rafalko
Angelo F. Rizzo
Phyllis L. Sanders
Stanley J. Sanders
Cindy S. Simms
Joseph B. Viener
Meryl S. Viener
Michael F. Villeck
Edward D. Woycik, Jr.
Jennifer L. Zeidner

◊ Admitted in NY, FL, CA, UT*, MD, CO
° Admitted in NY, MI, GA, KY, MA, OH*, AZ
Δ Admitted in NY, MA, WA
† Admitted in NY, NJ, PA, IL*
‡ Admitted in NY, NJ, PA, CT, DC*
° Admitted in NY, MA
* Pending admission

October 28, 2013

**VIA CMC/ECF**
Hon. Joseph C. Spero
United States District Court
Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue, Courtroom G
San Francisco, CA 94102

      Re:      **BWP Media USA Inc. d/b/a Pacific Coast News v. Salon Media Group, Inc.**
      Case No.:      13-cv-03628-JCS

Your Honor,

      This office represents the Plaintiff, BWP Media USA Inc. d/b/a Pacific Coast News, in connection with the above-referenced matter.

      The Parties wish to advise the Court that a resolution in principle has been reached in this matter.

      Consequently, by this correspondence, the Parties respectfully request an adjournment of the upcoming Rule 26 Conference in this matter (and the attendant submission of the joint letter and case management plan due Friday, October 25, 2013) which is presently scheduled before Your Honor on Friday, November 1, 2013 at 1:30 p.m. The Parties seek the adjournment of the foregoing conference for a period of thirty (30) days while they prepare and circulate closing documents for execution in this matter.

In consideration of the foregoing, it is respectfully requested that Your Honor grant this request.  Should you require anything further, please do not hesitate to contact the undersigned.

          Respectfully submitted,

          SANDERS LAW P.L.L.C.


          <u>/s/ Craig B. Sanders</u>
          Craig B. Sanders (284397)


Cc:     **<u>VIA EMAIL ONLY TO:</u>  *jchadwick@sheppardmullin.com***
      James M. Chadwick, Esq.
      Sheppard Mullin Richter & Hampton
      379 Lytton Avenue
      Palo Alto, CA 94301
      (650) 815-2600